IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA LEE HOSKINS, #R54570, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:20-cv-01377-SMY ) |
| STEVEN MUMBOWER, et al., | ) ) ) |
| Defendants. | ) |

# NOTICE AND ORDER

This case is before the Court for case management. Defendants Charlie Rich and Lori Patterson were sent requests for Waiver of Service of Summons (Doc. 21), which were returned executed (Docs. 29, 41). Their responsive pleadings were due August 20, 2021. (*Id.*). To date, Rich and Patterson have failed to move, answer, or otherwise plead in response to the Amended Complaint.

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED.R.CIV.P. 55(a). Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Charlie Rich and Lori Patterson in accordance with Federal Rule of Civil Procedure 55(a).

2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendants Rich and Patterson.

IT IS SO ORDERED.

DATED: October 19, 2021

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**